| USA-74-24B (Rev. 05/01) | CRIMINAL DOCKET G 14 -012 | |
|---|---|---|
| GALVESTON DIVISION | United States Courts Southern District of Texas FILED | No. 2014R05719 |
| USAO Number: Magistrate Number: CRIMINAL INDICTMENT | MAY 15 2014 Filed David J. Bradley, Clerk of Court | Judge: Costa |

UNITED STATES of AMERICA
vs.

**Sealed** — Public and unofficial staff access to this instrument are prohibited by court order.

**UNSEALED PER ARREST**

ATTORNEYS:
KENNETH MAGIDSON, USA — (713) 567-9000
RALPH E. IMPERATO, AUSA — (713) 567-9384

| Defendant | Counts | Appt'd | Private |
|---|---|---|---|
| ABEL HINOJOSA | Cts. 1-4 | ☐ | ☐ |
| NELSON AGAPITO VENTURA | Ct. 1 | ☐ | ☐ |
| DANIEL REYNA | Ct. 1 | ☐ | ☐ |
| ISRAEL SANCHEZ | Ct. 1 | ☐ | ☐ |
| RODOLFO HERNANDEZ PEREZ | Cts. 1,4 | ☐ | ☐ |

Ct. 1: Conspiracy to possess with intent to distribute fifty (50) grams or more of methamphetamine and five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. 846, 841(a)(1) and 841(b)(1)(A)(viii)

Ct. 2: Possession with intent to distribute five (5) grams or more of methamphetamine and fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. 841(a)(1) and 841(b)(1)(B)(viii)

Ct. 3: Possession with intent to distribute fifty (50) grams or more of methamphetamine and five hundred (500) grams or

| CHARGE: (TOTAL) (COUNTS:) ( 4 ) | more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. 841(a)(1) and 841(b)(1)(A)(viii) |
|---|---|
| | Ct. 4: Possession with intent to distribute fifty (50) grams or more of methamphetamine and five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. 841(a)(1) and 841(b)(1)(A)(viii) and 18 USC 2 |

**PENALTY:**

Cts. 1,3,4: A term of imprisonment of not less than 10 years or more than life, a fine not to exceed $10,000,000 and a term of supervised release of at least 5 years; and a special assessment of $100.00.

Ct. 2: Imprisonment not less than 5 years up to 40 years; a fine of $5,000,000.00; a term of supervised release of at least 4 years; and a special assessment of $100.00 per count of conviction.

Forfeiture: NOTIFICATION OF FORFEITURE

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☑ No Arrest   ALL DEFENDANTS

**PROCEEDINGS:**